identical in its facts, with the case of *This Plaintiff* v. *Certain Lands of Security Imp. Co.*, 7 N. D. 528, 75 N. W. Rep. 775, and is therefore governed by the decision in that case.

(75 N. W. Rep. 1135.)

---

CASS COUNTY *vs.* CERTAIN LANDS OF FISHER.

Opinion filed May 27th, 1898.

Action by Cass County against certain lands of Mary M. Fisher. The District Court certified certain questions for decision.

*Fred B. Morrill, State's Atty.*, for plaintiff.
*J. E. Robinson*, for defendant.

PER CURIAM. This case is decided at the same time, and is identical in its facts, with the case of *This Plaintiff* v. *Certain Lands of Security Imp. Co.*, 7 N. D. 528, 75 N. W. Rep. 775, and is therefore governed by the decision in that case.

(75 N. W. Rep. 1135.)

---

CASS COUNTY *vs.* CERTAIN LANDS OF ROBERTS.

Opinion filed May 27th, 1898.

Action by Cass County against certain lands of Matilda M. Roberts. The District Court certified certain questions for decision.

*Fred B. Morrill, State's Atty.*, for plaintiff.
*J. E. Robinson*, for defendant.

PER CURIAM. This case is decided at the same time, and is identical in its facts, with the case of *This Plaintiff* v. *Certain Lands of Security Imp. Co.*, 7 N. D. 528, 75 N. W. Rep. 775, and is therefore governed by the decision in that case.

(75 N. W. Rep. 1135.)